*E-FILED - 8/7/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROY A. MONTES, | ) | No. C 09-0976 RMW (PR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | DEFENDANT'S REQUEST |
| v. | ) | FOR EXTENSION OF TIME |
| | ) | TO FILE DISPOSITIVE |
| CORRECTIONAL OFFICER P. RAFALOWSKI ET AL., | ) ) | MOTION AND DENYING PLAINTIFF'S MOTION |
| | ) | FOR DEFAULT |
| Defendants. | ) | JUDGMENT |
| | ) | |
| | ) | (Docket Nos. 9, 12) |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On July 21, 2009, defendant Rafalowski moved for an extension of time to file his dispositive motion. Good cause appearing, defendant's request (docket no. 9) is GRANTED. Defendant shall file his dispositive motion on or before **September 11, 2009.** Plaintiff's opposition will be due no later than 30 days from the date defendant's motion is filed. Defendant shall file a reply no later than 15 days after plaintiff's opposition is filed.

Because the court grants defendant's request for extension of time, the court DENIES plaintiff's motion for default judgment (docket no. 12). No other defendants, except for defendant Rafalowski appear to have been served at this time, and the court found that Rafalowski showed good cause for the delay in filing of his dispositive motion.

1 | IT IS SO ORDERED.
2 | DATED: __8/5/09__

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order Granting Defendant's Request for Extension of Time to File Dispositive Motion and Denying Plaintiff's Motion for Default Judgment
P:\PRO-SE\SJ.Rmw\CR.09\Montes976eot.wpd          2