UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ROY A. MONTES (a.k.a RAYMOND, MONTEZELLO)<br><br>       Plaintiff,<br>  v.<br><br>CORRECTIONAL OFFICER P. RAFALOWSKI, et al.,<br><br>       Defendants.<br>_____/ | No. C 09-0976 RMW<br><br>NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a settlement conference is scheduled for 9:00 a.m. on November 18, 2010 at Solano State Prison.

Lead trial counsel shall appear at the settlement conference with the parties and persons having full authority to negotiate and settle the case.

Confidential settlement conference statements shall be mailed or emailed to (NJVpo@cand.uscourts.gov) and received by chambers no later than two weeks prior to the settlement conference.

No later than thirty (30) days prior to the settlement conference, counsel for Defendants shall prepare, e-file and electronically submit (via email to NJVpo@cand.uscourts,gov) a Word or Wordperfect version of the writ necessary to secure Plaintiff's attendance at the settlement conference.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this

/ / /

/ / /

/ / /

1  case settles prior to the date set for the  settlement conference.

2  IT IS SO ORDERED.

3  Dated: August 5, 2010

4  _____
   NANDOR J. VADAS
   United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONTES

v.

CORRECTIONAL OFFICER RAFALOWSKI
_____/

No. C 09-0976 RMW

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/5/10, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Roy A. Montes**
**P-97422**
**(aka) Raymond Montezello**
**B-3 / 206**
**Kern Valley State Prison**
**3000 W. Cecil Avenue**
**P.O. Box 6000**
**Delano, CA 93216**

RICHARD W. WIEKING, CLERK

By:/s/_____
       Deputy Clerk

3