1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11

| | |
|---|---|
| **ROY A. MONTES (aka RAYMOND MONTEZELLO),**<br><br>                              Plaintiff,<br><br>v.<br><br>**CORRECTIONAL OFFICER RAFALOWSKI, et al.,**<br><br>                              Defendants. | Case No. C 09-0976 RMW<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF ROY MONTES (RAYMOND MONTEZELLO), CDCR No. P-97422** |

   Plaintiff, ROY A. MONTES (aka RAYMOND MONTEZELLO), CDCR No. P-97422, a necessary and material witness in proceedings in this case beginning on **November 18, 2010, at 9:00 a.m.**, is confined at Kern Valley State Prison, Delano, California, in the custody of the Warden.  In order to secure this inmate's attendance at the settlement conference scheduled for **November 18, 2010** at California State Prison, Solano, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of ROY A. MONTES (aka RAYMOND MONTEZELLO), CDCR No. P-97422, to produce him at California State Prison, Solano, 2100 Peabody Road, Vacaville, California 95687, the Honorable Nandor Vadas presiding, beginning on **November 18, 2010 at 9:00 a.m.**

/ / /

1  ACCORDINGLY, IT IS ORDERED that:

2  1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding the Warden of Kern Valley State Prison and the California Department of Corrections and Rehabilitation to produce inmate ROY A. MONTES (aka RAYMOND MONTEZELLO), CDCR No. P-97422, for a settlement conference at California State Prison, Solano, at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to Kern Valley State Prison.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:   The Warden of Kern Valley State Prison,

YOU ARE COMMANDED to produce inmate ROY A. MONTES (aka RAYMOND MONTEZELLO), CDCR No. P-97422, for a settlement conference at California State Prison, Solano, at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to Kern Valley State Prison.

FURTHER, you have been ordered to notify the Court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: October 20, 2010

NANDOR
United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Nandor J. Vadas]*