*E-FILED - 6/3/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY A. MONTES, | ) No. C 09-0976 RMW (PR) |
| Plaintiff, | ) ORDER APPOINTING COUNSEL |
| vs. | ) |
| CORRECTIONAL OFFICER P. RAFALOWSKI and CORRECTIONAL OFFICER J. CLEMONS, | ) |
| Defendants. | ) |

Plaintiff being in need of counsel to assist him in this matter, and volunteer attorneys willing to be appointed to represent plaintiff having been located by the court,

IT IS HEREBY ORDERED THAT Peter A. Detre, Carolyn V. Zabrycki, and Aaron G. Leiderman of the law firm Munger, Tolles & Olson LLP, are appointed as counsel for plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1) and the court's Federal Pro Bono Project guidelines.

A status conference is set in this matter for **July 8, 2011 at 10:30 a.m.** to set pretrial and trial dates.  The parties are instructed to file a Joint Status Conference Statement, pursuant to Civil L.R. 16-9, seven days prior to the conference.  **The stay of this matter shall remain in effect until four weeks from the date this order is filed.**

The clerk shall serve newly appointed counsel, as well as the parties, with a copy of this order, and shall update the docket sheet in this matter to reflect plaintiff's new counsel.

Order Appointing Counsel
P:\PRO-SE\SJ.Rmw\CR.09\Montes976apptatty.wpd

1 | IT IS SO ORDERED.
2 | DATED: __6/3/11__

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Appointing Counsel
P:\PRO-SE\SJ.Rmw\CR.09\Montes976apptatty.wpd   2