| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | MICHAEL W. JORGENSON<br>Supervising Deputy Attorney General |
| 3 | CHRISTOPHER M. YOUNG<br>Deputy Attorney General |
| 4 | State Bar No. 238532      *E-FILED - 7/14/11* |
|   | 455 Golden Gate Avenue, Suite 11000 |
| 5 | San Francisco, CA 94102-7004<br>Telephone: (415) 703-5553 |
| 6 | Fax: (415) 703-5843<br>E-mail: Chris.Young@doj.ca.gov |
| 7 | *Attorneys for Defendants Clemons and Rafalowski* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROY A. MONTES (aka RAYMOND MONTEZELLO),<br><br>                            Plaintiff,<br><br>v.<br><br>RAFALOWSKI, et al.,<br><br>                            Defendants. | Case No. C 09-0976 RMW<br>**ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE TELEPHONICALLY**<br><br>Date: July 15, 2011<br>Time: 10:30 a.m.<br>Courtroom: 6, 4th Floor<br>Judge: The Honorable Ronald M. Whyte<br>Trial Date: None set<br>Action Filed: March 6, 2009 |

TO THE CLERK OF COURT:

Defendants Clemons and Rafalowski, through their counsel, request to appear by telephone at the July 15, 2011 Case Management Conference under Northern District Local Rule 16-10(a). Good cause exists for this request because the Court recently rescheduled the Case Management Conference to July 15, creating a scheduling conflict for Chris Young who is attending a deposition in *Dearing v. Machado*, USDC-ND No. 08-1712 MMC, on that date. Instead of seeking to reschedule the CMC to another date, Michael Jorgenson will attend the CMC and

1

1  requests to do so by telephonic appearance. Plaintiff's counsel were notified of this request on
2  July 8 but have not indicated whether they are opposed or agreed to counsel appearing by phone.

Dated: July 8, 2011                               Respectfully submitted,

                                                  KAMALA D. HARRIS
                                                  Attorney General of California
                                                  MICHAEL W. JORGENSON
                                                  Supervising Deputy Attorney General

                                                  /s/ Christopher M. Young

                                                  CHRISTOPHER M. YOUNG
                                                  Deputy Attorney General
                                                  *Attorneys for Defendants Clemons and Rafalowski*

SF2009311556
20484835.doc

Dated: 7/14/11

**GRANTED**
*Ronald M. Whyte*
Judge Ronald M. Whyte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS FURTHER ORDERED that counsel be available by phone between the hours of 10:30 a.m. to 12:00 p.m. The Court will initiate the conference call.

2