MUNGER, TOLLES & OLSON, LLP
Peter A. Detre (State Bar No. 182619)
peter.detre@mto.com
Carolyn V. Zabrycki (State Bar No. 263541)
carolyn.zabrycki@mto.com
Aaron G. Leiderman (SBN 262540)
aaron.leiderman@mto.com
560 Mission St., 27th Floor
San Francisco, CA  94105-2907
Telephone:      (415) 512-4000
Facsimile:      (415) 512-4077

*E-FILED - 7/14/11*

Attorneys for Plaintiff
ROY A. MONTES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROY A. MONTES (a.k.a. RAYMOND MONTEZELLO),<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CORRECTIONAL OFFICER P. RAFALOWSKI, *et al.*,<br><br>　　　　　　Defendants. | NO.  C 09-0976 RMW (PR)<br>　　　ORDER GRANTING<br>**PLAINTIFF'S REQUEST FOR ATTORNEY TO APPEAR AT CASE MANAGEMENT CONFERENCE TELEPHONICALLY**<br><br>Date:　　July 15, 2011<br>Time:　　10:30 a.m.<br>Ctrm:　　6, 4TH Floor<br>Judge:　　Hon. Ronald M. Whyte |

TO CLERK OF COURT:

Plaintiff Roy A. Montes, though his counsel, requests that one of this attorneys, Peter A. Detre, be permitted to appear by telephone at the July 15, 2011 Case Management Conference under Northern District Local Rule 16-10(a).  Good cause exists for this request because co-counsel for Plaintiff Montes, Aaron Leiderman, will appear in person at the Case Management Conference.  Defendants' counsel was notified of this request and does not object to one of Plaintiff's attorneys appearing by telephone.

14443471.1

Plaintiff's Req. to Appear CMC Telephonically
No.  C 09-0976 RMW (PR)

| | |
|---|---|
| DATED: July 12, 2011 | MUNGER, TOLLES & OLSON LLP |
| | By: <u>   */s/Carolyn V. Zabrycki*   </u><br>CAROLYN V. ZABRYCKI |
| | Attorneys for Plaintiff<br>ROY A. MONTES |

Dated: <u>7/14/11</u>

**GRANTED**
*Ronald M. Whyte*
Judge Ronald M. Whyte
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

IT IS FURTHER ORDERED that counsel be available by phone between the hours of 10:30 a.m. to 12:00 p.m. The Court will initiate the conference call.

14443471.1

- 1 -

Plaintiff's Req. to Appear CMC Telephonically
NO. C 09-0976 RMW (PR)