1  KAMALA D. HARRIS
   Attorney General of California
2  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
3  CHRISTOPHER M. YOUNG
   Deputy Attorney General
4  State Bar No. 238532
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5553
6    Fax:  (415) 703-5843
     E-mail:  Chris.Young@doj.ca.gov
7  *Attorneys for Defendants Clemons and Rafalowski*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **ROY A. MONTES (aka RAYMOND MONTEZELLO),**<br><br>Plaintiff,<br><br>v.<br><br>**RAFALOWSKI, et al.,**<br><br>Defendants. | C 09-0976 RMW<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEPOSITIONS OF DURAN, PAREDES, FRANKLIN, AND WURTZLER AND ORDER** |

WHEREAS, fact discovery cut-off is January 6, 2012 (Court Docket No. 55);

WHEREAS, Defendants Clemons and Rafalowski seek to take the depositions of the following witnesses identified by Plaintiff Montes: John Duran, Ignacio Paredes, and James Franklin;

WHEREAS, Plaintiff seeks to take the deposition of the following witness identified by Defendants: Jeannie Wurtzler;

WHEREAS, given the holiday season, insufficient time remains before fact discovery cut-off to take the above-described depositions of third-parties;

1

1    THE PARTIES STIPULATE, by and through their attorneys of record, that Defendants may notice the depositions of John Duran, Ignacio Paredes, and James Franklin to occur on or before January 20, 2012, according to a schedule to be determined by the parties.

    THE PARTIES FURTHER STIPULATE, by and through their attorneys of record, that Plaintiff may notice the deposition of Jeannie Wurtzler to occur on or before January 20, 2012, according to a schedule to be determined by the parties.

Dated: December 16, 2011        /s/ Christopher M. Young
                                CHRISTOPHER M. YOUNG
                                Deputy Attorney General
                                *Attorneys for Defendants Clemons and Rafalowski*

Dated: December 16, 2011        /s/ Carolyn Zabrycki
                                CAROLYN ZABRYCKI
                                Munger, Tolles, Olsen LLP
                                *Attorneys for Plaintiff Montes*

IT IS SO ORDERED:

Dated:_____   /s/ Ronald M. Whyte
                                RONALD M. WHYTE
                                United States District Judge

SF2009311556
40499468.doc

2

Joint Stip. & Order Extend Time Depos.  (C 09-0976 RMW)