KAMALA D. HARRIS
Attorney General of California
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
CHRISTOPHER M. YOUNG
Deputy Attorney General
State Bar No. 238532
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5553
  Fax:  (415) 703-5843
  E-mail:  Chris.Young@doj.ca.gov
*Attorneys for Defendants Clemons and Rafalowski*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **ROY A. MONTES (aka RAYMOND MONTEZELLO),**<br><br>Plaintiff,<br><br>v.<br><br>**RAFALOWSKI, et al.,**<br><br>Defendants. | C 09-0976 RMW<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEPOSITIONS OF DURAN, PAREDES, FRANKLIN, AND WURTZLER AND ORDER** |

WHEREAS, fact discovery cut-off is January 6, 2012 (Court Docket No. 55);

WHEREAS, Defendants Clemons and Rafalowski seek to take the depositions of the following witnesses identified by Plaintiff Montes: John Duran, Ignacio Paredes, and James Franklin;

WHEREAS, Plaintiff seeks to take the deposition of the following witness identified by Defendants: Jeannie Wurtzler;

WHEREAS, given the holiday season, insufficient time remains before fact discovery cut-off to take the above-described depositions of third-parties;

1

Joint Stip. & Order Extend Time Depos.  (C 09-0976 RMW)

1  THE PARTIES STIPULATE, by and through their attorneys of record, that Defendants may notice the depositions of John Duran, Ignacio Paredes, and James Franklin to occur on or before January 20, 2012, according to a schedule to be determined by the parties.

THE PARTIES FURTHER STIPULATE, by and through their attorneys of record, that Plaintiff may notice the deposition of Jeannie Wurtzler to occur on or before January 20, 2012, according to a schedule to be determined by the parties.

Dated:  December 16, 2011   /s/ Christopher M. Young
CHRISTOPHER M. YOUNG
Deputy Attorney General
*Attorneys for Defendants Clemons and Rafalowski*

Dated:  December 16, 2011   /s/ Carolyn Zabrycki
CAROLYN ZABRYCKI
Munger, Tolles, Olsen LLP
*Attorneys for Plaintiff Montes*

IT IS SO ORDERED:

Dated:_____

RONALD M. WHYTE
United States District Judge

SF2009311556
40499468.doc

2

Joint Stip. & Order Extend Time Depos.  (C 09-0976 RMW)