| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | MICHAEL W. JORGENSON<br>Supervising Deputy Attorney General |
| 3 | GIAM M. NGUYEN<br>Deputy Attorney General |
| 4 | State Bar No. 229236 |
| 5 | 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102-7004 |
| 6 | Telephone:  (415) 703-5686<br>Fax:  (415) 703-5843 |
| 7 | E-mail:  Giam.Nguyen@doj.ca.gov<br>*Attorneys for Defendants* |
| 8 | *Rafalowski and Clemons* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **ROY A. MONTES (aka RAYMOND MONTEZELLO)**,<br><br>Plaintiff,<br><br>v.<br><br>**RAFALOWSKI, et al.,**<br><br>Defendants. | C 09-0976 RMW<br><br>**JOINT STIPULATION TO EXTEND TIME TO CONDUCT EXPERT DEPOSITIONS OF DAVID TRISTAN AND DANIEL VASQUEZ UNDER LOCAL RULE 6-2**<br><br>**[] ORDER**<br><br>Judge      The Honorable Ronald M. Whyte<br>Action Filed:  3/6/2009 |

16807563.1

1   WHEREAS, the close of expert discovery is March 16, 2012 (Docket No. 55);

2   WHEREAS, Defendants Clemons and Rafalowski seek to take the deposition of Plaintiff's
3   expert, Daniel Vasquez;

4   WHEREAS, Plaintiff seeks to take the deposition of Defendants' expert, David Tristan;

5   WHEREAS, due to the experts' work schedules, there is insufficient time to conduct the
6   experts' depositions before the March 16, 2012 close of expert discovery;

7   THE PARTIES STIPULATE, by and through their attorneys of record, that the parties may
8   notice the depositions of David Tristan and Daniel Vasquez to occur on or before March 23,
9   2012, according to a schedule to be determined by the parties.

12  Dated: March 6, 2012                /s/ *Giam Nguyen*
                                        GIAM M. NGUYEN
13                                      Deputy Attorney General
                                        *Attorneys for Defendants*
14                                      *Rafalowski and Clemons*

16  Dated: March 6, 2012                /s/ *Aaron Leiderman*
                                        AARON LEIDERMAN
17                                      Munger, Tolles & Olson LLP
                                        *Attorneys for Plaintiff*
18                                      *Montes*

20  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23  Dated:_____    _____
                                        RONALD M. WHYTE
24                                      United States District Judge

25  F2009311556
    40541808.doc
26

16807563.1                              1

Joint Stip. to Extend Time to Conduct Expert Deps. (C 09-0976 RMW)

# CERTIFICATE OF SERVICE

Case Name: <u>  R. Montes v. Rafalowski, et al.  </u>    No.   <u>  C 09-0976 RMW  </u>

I hereby certify that on <u>March 7, 2012</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **JOINT STIPULATION TO EXTEND TIME TO CONDUCT EXPERT DEPOSITIONS OF DAVID TRISTAN AND DANIEL VASQUEZ UNDER LOCAL RULE 6-2; [PROPOSED] ORDER**
2. **DECLARATION OF G. NGUYEN IN SUPPORT OF THE PARTIES' JOINT STIPULATION TO EXTEND TIME TO CONDUCT EXERT DEPOSITIONS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>March 7, 2012</u>, at San Francisco, California.

|  |  |
|---|---|
| S. Redd | /s/  S. Redd |
| Declarant | Signature |

40543149.doc