1

2

3

4

5                                                              ĖÒĖŽŒŠÖÖ ÆÄ ĐĐĐĐĐĐ

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                          SAN JOSE DIVISION

11

12

| | |
|---|---|
| **ROY A. MONTES (aka RAYMOND MONTEZELLO),** | C 09-0976 RMW |
| Plaintiff, | **[PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT DURING TRIAL** |
| **v.** | Trial Date:   July 16, 2012 |
| **RAFALOWSKI, et al.,** | Time:         8:30 a.m. |
| | Courtroom: 6 |
| Defendants. | Judge:       The Hon. Ronald M. Whyte |

The trial of this matter is scheduled to begin on July 16, 2012, in Courtroom 6 on the 4th

Floor of the United States District Court, Northern District of California, San Jose Division,

located at 280 S First Street, San Jose, CA 95113.  The parties intend to use electronic equipment

to aid in the presentation of their cases.  Defendants have arranged to install and test the operation

of this equipment on Friday, July 13, 2012.

This Court, having duly considered the request of the parties, grants them permission to

bring electronic equipment into the Court for the duration of the trial.

**ACCORDINGLY IT IS ORDERED THAT:**

1

1    Defendants and Plaintiff, their counsel, and staff may bring the following equipment into

2   the federal building and Courtroom 6, located on the 4th Floor, at 280 S First Street, San Jose, CA

3   95113.

4    Equipment for Use in the Courtroom 6 during Trial:

5   1.    Four (4) Monitors

6   2.    Five (5) Laptops

7   3.    Two (2) Wireless speakers

8   4.    One Portable Table and One Stand

9   5.    One Small Projector

10   6.    Presentation Chart with stand

11   7.    One bin of cables, adaptors, surge protector, extension cords (Black and Orange),

12       Power strips, and tape

13   8.    Two (2) Laser Pointer

14   9.    Web-Cam

15   10.   One presentation computer laptop

16   11.   VGA switcher for Projector

17   12.   Small Printer

18   13.   Flip chart easet/paper

19   14.   Flip chart stand

20   15.   Docking stations for laptops (3-4)

21   16.   Wireless hot spot device

22
    Date:     ï−ì−G
23

24

25

26   _____

27   RONALD M. WHYTE
    United States District Judge
28

2

# CERTIFICATE OF SERVICE

Case Name:   **R. Montes v. Rafalowski, et al.**          No.   **C 09-0976 RMW**

I hereby certify that on <u>July 16, 2012</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### [PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT DURING TRIAL

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>July 16, 2012</u>, at San Francisco, California.


| S. Redd | /s/  S. Redd |
|---|---|
| Declarant | Signature |

20625772.doc