1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7   ROY A. MONTES,                         Case No.  09-cv-00976-RMW   (NJV)
              Plaintiff,
8
       v.                                  REPORT OF PRO SE PRISONER
9                                          EARLY SETTLEMENT PROCEEDING
10  P. RAFALOWSKI, et al.,
              Defendants.
11
12
13        A settlement conference was held on June 20, 2013 in San Francisco, California, and the

14  results of that proceeding are indicated below:

15        (1)  The following individuals, parties, and/or representatives participated in the

16             proceeding, and each possessed the requisite settlement authority:

17             ( X )  Plaintiff, Roy Montes by phone and his counsel Peter Detre and Aaron Leiderman

18  were present

19             ( )  Warden or warden's representative

20             (X )  Office of the California Attorney General, Giam Nguyen

21             (X )  Other:  Suzanne Pyne for CDCR

22        (2) The following individuals, parties, and/or representatives did not appear:

23        _____

24        (3)  The outcome of the proceeding was:

25             ( X )  The case has been completely settled.   A status conference is scheduled for July

26  30, 2013 at 10:00 am in Courtroom D.

27             ( )  The case has been partially resolved and counsel for defendants shall file a joint

28  stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

United States District Court
Northern District of California

attached remain for this Court to resolve.

( )  The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 6/26/13

_____

NANDOR J. VADAS
United States Magistrate Judge

United States District Court
Northern District of California