UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROY A. MONTES,

    Plaintiff,

  v.

P. RAFALOWSKI, et al.,

    Defendants.

Case No. 09-cv-00976-RMW   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

    A settlement conference was held on June 20, 2013 in San Francisco, California, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X) Plaintiff, Roy Montes by phone and his counsel Peter Detre and Aaron Leiderman were present

    ( ) Warden or warden's representative

    (X ) Office of the California Attorney General, Giam Nguyen

    (X ) Other:  Suzanne Pyne for CDCR

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( X) The case has been completely settled.  A status conference is scheduled for July 30, 2013 at 10:00 am in Courtroom D.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

attached remain for this Court to resolve.

( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 6/26/13

_____
NANDOR J. VADAS
United States Magistrate Judge