| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | JAY C. RUSSELL<br>Supervising Deputy Attorney General |
| 3 | GIAM M. NGUYEN<br>Deputy Attorney General |
| 4 | State Bar No. 229236<br>455 Golden Gate Avenue, Suite 11000 |
| 5 | San Francisco, CA 94102-7004<br>Telephone: (415) 703-5686 |
| 6 | Facsimile: (415) 703-5843 |
| 7 | *Attorneys for Defendants*<br>P. Rafalowski, J. Clemons, and J. Ramey |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

ROY A. MONTES (aka RAYMOND MONTEZELLO),

Plaintiff,

v.

RAFALOWSKI, et al.,

Defendants.

Case No. C 09-0976 RMW

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**
(Fed. R. Civ. P. 41(a)(1)(A)(ii))

Plaintiff Roy A. Montes (Aka Raymond Montezello) and Defendants Rafalowski, et al. have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 09-0976 RMW)

1  Dated: 8-5-13                              _____
2                                              Plaintiff
3
4  Dated: 8-15-13                             _____
5                                              Giam M. Nguyen
                                               Deputy Attorney General
6                                              California Attorney General's Office
                                               *Attorney for Defendants*
7
8
9      In accordance with the parties' stipulation, this action is dismissed with prejudice. The
10 Clerk of the Court shall close the file.
11     **IT IS SO ORDERED.**
12
13 Dated: ì ĐĜì ĐH                              _____
                                                *Ronald M. Whyte*
14                                              The Honorable Ronald M. Whyte

SF2009311556

                                                2
                         Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 09-0976 RMW)